## KING *v.* THE STATE.

COBB, J. The motion for a new trial was upon the general grounds only. The evidence, though circumstantial, was sufficient to warrant the verdict, and the discretion of the trial judge, exercised in overruling the motion for a new trial, will not be controlled.

*Judgment affirmed. All the Justices concurring, except Lumpkin, P. J., absent, and Candler, J., not presiding.*

Argued October 21, —Decided November 13, 1902.

Indictment for murder. Before Judge Candler. Fulton superior court. July 15, 1902.

*James E. Warren* and *Claude C. Smith,* for plaintiff in error.

*Boykin Wright, attorney-general,* and *C. D. Hill, solicitor-general,* contra.